IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PARSONS & WHITTEMORE ENTERPRISES CORPORATION, ) ) ) | |
| Plaintiff, ) | |
| ) | CIVIL CASE NO. 07-0743-CG-B |
| vs. ) ) | |
| CELLO ENERGY, LLC, et al., ) ) | |
| Defendants. ) | |

**CHARGING ORDER
(ALLEN W. BOYKIN)**

WHEREAS, Parsons & Whittemore Enterprises Corporation (the "Judgment Creditor") filed its Motion for Charging Order (the "Motion for Charging Order") on April 4, 2012, pursuant to Alabama Code § 10-12-35 with respect to any membership interests of Allen W. Boykin (the "Judgment Debtor") in Verde Energy Consulting, L.L.C. (the "Entity");

The Court, having considered the Motion for Charging Order (Doc. 695), it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

The Motion for Charging Order is **GRANTED** under the terms stated herein;

Any membership interest of the Judgment Debtor in the Entity is charged with payment of the judgment entered by the United States District Court for the Southern Division of Alabama in the amount of $10,431,560.50 (the "Judgment") plus continuing post-petition interest on the Judgment less any applicable credits;

The Entity shall report and distribute to the Clerk of Court (the "Clerk") any amounts that become due or distributable to the Judgment Debtor by reason of any interest they own in the Entity until the Judgment is satisfied in full. Payments should be made to the following address:

> United States District Court Clerk
> Southern District of Alabama
> 113 St. Joseph Street
> Mobile, AL 36602

Upon receipt of any amounts from the Entity, the Clerk shall provide notice of such receipt to counsel for the Judgment Creditor. The Judgment Creditor shall be entitled to receipt of the funds held by the Clerk upon the written request by the Judgment Creditor absent the Court's sustaining a valid objection to release of the funds to the Judgment Creditor.

The Plaintiff shall serve a copy of this Order on the Entity at the following address:

> Verde Energy Consulting, L.L.C.
> c/o Dan Wilson, Registered Agent
> 26064 Capital Drive, Suite B
> Daphne, Alabama 36526

**DONE and ORDERED** this 5th day of April, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE